UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: LUKE, THOMAS J | § Case No. 12-82719 |
| LUKE, HELEN L | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/10/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  05/22/2015       By:  /s/MEGAN G. HEEG
                                             Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-82719
Case Name: LUKE, THOMAS J
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 18,830.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,830.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 9,250.00 | 0.00 | 9,250.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,873.50 | 0.00 | 1,873.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 24.00 | 0.00 | 24.00 |

Total to be paid for chapter 7 administration expenses: $ 11,147.50
Remaining balance: $ 7,683.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,683.31

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $  7,683.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,342.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding LLC | 2,731.83 | 0.00 | 2,246.66 |
| 2 | PYOD, LLC its successors and assigns as assignee | 3,608.63 | 0.00 | 2,967.74 |
| 3 | PYOD, LLC its successors and assigns as assignee | 3,002.08 | 0.00 | 2,468.91 |

Total to be paid for timely general unsecured claims:   $  7,683.31
Remaining balance:   $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-82719-TML
Thomas J Luke                                                       Chapter 7
Helen L Luke
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 1                  Date Rcvd: Jul 01, 2015
                              Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2015.
db         #+Thomas J Luke,    910 Dawn Court,    DeKalb, IL 60115-4010
jdb        #+Helen L Luke,    910 Dawn Court,    DeKalb, IL 60115-4010
19156896    +Devcon Security,    1290 Sandhill Road,    Orem, UT 84058-7306
19156898    +Pierce & Associates,    Thirteenth Floor,    1 North Dearborn,    Chicago, IL 60602-4331
19156899    +Sears/Cbna,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
19156901    +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
19156902   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
19189884    +Wells Fargo Bank, N.A.,    c/o Attorney Andrew J. Nelson,    Pierce & Associates, P.C.,
              1 North Dearborn, Suite 1300,    Chicago, IL 60602-4373
19156903    +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19351178     E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:20    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19156897    +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2015 01:47:20    Gecrb/Walmart Dc,
              P.O. Box 981400,    El Paso, TX 79998-1400
19932085     E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2015 01:47:37    Midland Funding LLC,
              By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
19568163    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2015 01:47:37
              PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
19932086     E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2015 01:47:24
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19156900*    +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Diane E Elliott    on behalf of Joint Debtor Helen L Luke diane05elliott@yahoo.com
              Diane E Elliott    on behalf of Debtor Thomas J Luke diane05elliott@yahoo.com
              Lydia Y Siu    on behalf of Creditor    Wells Fargo Bank, N.A. lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7