**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: LUKE, THOMAS J | § Case No. 12-82719 |
| LUKE, HELEN L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $129,305.00          Assets Exempt: $66,780.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $41,016.64       Claims Discharged
                                                   Without Payment: $21,816.23

Total Expenses of Administration: $78,983.36

---

3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $120,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,633.00 | $33,333.33 | $33,333.33 | $33,333.33 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 78,983.36 | 78,983.36 | 78,983.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,398.00 | 9,342.54 | 9,342.54 | 7,683.31 |
| **TOTAL DISBURSEMENTS** | $238,031.00 | $121,659.23 | $121,659.23 | $120,000.00 |

    4) This case was originally filed under Chapter 7 on July 16, 2012. The case was pending for 39 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2015    By: /s/MEGAN G. HEEG
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim pending in DeKalb County I | 1142-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thomas J. and Helen L. Luke | personal injury exemption to debtors | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 208,633.00 | N/A | N/A | 0.00 |
|  | DeKalb County Government Finance Office | 4220-000 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| **TOTAL SECURED CLAIMS** | | | **$208,633.00** | **$33,333.33** | **$33,333.33** | **$33,333.33** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 9,250.00 | 9,250.00 | 9,250.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,873.50 | 1,873.50 | 1,873.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 24.00 | 24.00 | 24.00 |
| DeKalb County Government Finance Office | 3210-600 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-82719    Doc 38    Filed 10/15/15    Entered 10/15/15 14:30:45    Desc Main
Document      Page 4 of 8

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DeKalb County Government Finance Office | 3220-000 | N/A | 17,835.86 | 17,835.86 | 17,835.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $78,983.36 | $78,983.36 | $78,983.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Funding LLC | 7100-000 | 2,631.00 | 2,731.83 | 2,731.83 | 2,246.66 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,608.00 | 3,608.63 | 3,608.63 | 2,967.74 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,002.00 | 3,002.08 | 3,002.08 | 2,468.91 |
| NOTFILED | Target Nb | 7100-000 | 10,078.00 | N/A | N/A | 0.00 |
| NOTFILED | Wff Cards | 7100-000 | 9,179.00 | N/A | N/A | 0.00 |
| NOTFILED | Devcon Security | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,398.00 | $9,342.54 | $9,342.54 | $7,683.31 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82719  
**Case Name:** LUKE, THOMAS J  
               LUKE, HELEN L  
**Period Ending:** 09/17/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/13/12  
**Claims Bar Date:** 11/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   910 Dawn Court, DeKalb, IL, 60115 <br> Imported from original petition Doc# 1 | 122,500.00 | 0.00 | | 0.00 | FA |
| 2   cash on hand <br> Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 3   Checking Account at Resource Bank <br> Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4   Savings account at Illinois Community Credit Uni <br> Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 5   normal complement of household goods & furnitur <br> Imported from original petition Doc# 1 | 1,250.00 | 0.00 | | 0.00 | FA |
| 6   misc wearing apparel <br> Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7   pension account held at Raymond James <br> Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 8   Debtor - interest in Spalding pension <br> Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9   2003 GMC Envoy with approx. 111,000 miles on it <br> Imported from original petition Doc# 1 | 4,825.00 | 0.00 | | 0.00 | FA |
| 10   dog <br> Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 11   Personal injury claim pending in DeKalb County I <br> Imported from original petition Doc# 1 | 30,000.00 | 18,830.81 | | 150,000.00 | FA |
| 12   2005 Ford Crown Victoria (u) <br>      was joint with Tiffany Luke, same address, and subject to laon with Ford Motor Credit). transferred to her 7/11. | 0.00 | 0.00 | | 0.00 | FA |
| **12   Assets   Totals** (Excluding unknown values) | **$159,305.00** | **$18,830.81** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82719  
**Case Name:** LUKE, THOMAS J  
                LUKE, HELEN L  
**Period Ending:** 09/17/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/13/12  
**Claims Bar Date:** 11/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** May 22, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-82719  
**Case Name:** LUKE, THOMAS J  
LUKE, HELEN L  
**Taxpayer ID #:** **-***6131  
**Period Ending:** 09/17/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/15 | | DeKalb County Government Finance Office | settlement in personal injury in DeKalb County | | 48,830.81 | | 48,830.81 |
| | {11} | | 150,000.00 | 1142-000 | | | 48,830.81 |
| | | | BlueCross Blue Shield    -33,333.33 medical lien claim | 4220-000 | | | 48,830.81 |
| | | | special counsel fees    -50,000.00 | 3210-600 | | | 48,830.81 |
| | | | special counsel costs    -17,835.86 | 3220-000 | | | 48,830.81 |
| 05/21/15 | 101 | Thomas J. and Helen L. Luke | personal injury exemption to debtors | 8100-002 | | 30,000.00 | 18,830.81 |
| 08/12/15 | 102 | MEGAN G. HEEG | Dividend paid 100.00% on $9,250.00, Trustee Compensation; Reference: | 2100-000 | | 9,250.00 | 9,580.81 |
| 08/12/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,873.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,873.50 | 7,707.31 |
| 08/12/15 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $24.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 24.00 | 7,683.31 |
| 08/12/15 | 105 | Midland Funding LLC | Dividend paid 82.24% on $2,731.83; Claim# 1; Filed: $2,731.83; Reference: XXXXXXXXXXXX6823 | 7100-000 | | 2,246.66 | 5,436.65 |
| 08/12/15 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 82.24% on $3,608.63; Claim# 2; Filed: $3,608.63; Reference: XXXXXXXXXXXX0679 | 7100-000 | | 2,967.74 | 2,468.91 |
| 08/12/15 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 82.24% on $3,002.08; Claim# 3; Filed: $3,002.08; Reference: XXXXXXXXXXXX9564 | 7100-000 | | 2,468.91 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 48,830.81 | 48,830.81 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 48,830.81 | 48,830.81 | |
| Less: Payments to Debtors | | 30,000.00 | |
| **NET Receipts / Disbursements** | **$48,830.81** | **$18,830.81** | |

{} Asset reference(s)

Printed: 09/17/2015 08:36 AM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-82719 | |
| **Case Name:** | LUKE, THOMAS J | |
| | LUKE, HELEN L | |
| **Taxpayer ID #:** | **-***6131 | |
| **Period Ending:** | 09/17/15 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6266 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******6266** | | 48,830.81 | 18,830.81 | 0.00 |
| | | | | | $48,830.81 | $18,830.81 | $0.00 |

{} Asset reference(s)                                             Printed: 09/17/2015 08:36 AM    V.13.25